**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE ZALOGA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a foreign corporation; and DIAMOND RESORTS HOLDINGS, LLC, a domestic limited liability company,<br><br>Defendants. | CASE NO.: 2:18-CV-02415-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL**<br><br>[FIRST REQUEST] |

Plaintiff Julie Zaloga, by and through her counsel, Alverson Taylor & Sanders, and Defendants Diamond Resorts International Marketing, Inc. and Diamond Resorts Holdings, LLC, by and through their counsel, Snell & Wilmer L.L.P., hereby stipulate and agree to extend the deadline to file the Proposed Stipulation and Order for Dismissal that is currently due May 20, 2019.

The parties are in the process of finalizing the settlement agreement and need more time to finalize and execute the agreement. As such, and to give the parties time to finalize the agreement and for payment to be made, the parties have agreed to extend the deadline to file the Proposed Stipulation and Order for Dismissal an additional two weeks, until June 3, 2019. This should give the parties enough time to finalize the agreement and execute the agreement.

1  KB/26006

The parties seek this extension in good faith.

**IT IS SO STIPULATED.**

Dated: May 20, 2019

ALVERSON TAYLOR SANDERS

By: */s/ David M. Sexton*
   Kurt R. Bonds, Esq.
   Nevada Bar No. 6228
   David M. Sexton, Esq.
   Nevada Bar No. 14951
   6605 Grand Montecito Parkway, Suite 200
   Las Vegas, NV 89149
   *Attorneys for Plaintiff Julie Zaloga*

Dated: May 20, 2019

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
   Paul Swenson Prior
   Nevada Bar No. 9324
   Hayley J. Cummings
   Nevada Bar No. 14858
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
   *Attorneys for Defendants.*

**ORDER**

IT IS SO ORDERED.

Dated: 5-21-2019, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2

KB/26006

**CERTIFICATE OF SERVICE VIA CM/ECF**

I hereby certify that on this 20th day of May, 2019, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL** addressed to:

Paul Swenson Prior, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vega, Nevada 89169
sprior@swlaw.com, mawilliams@swlaw.com, DOCKET_LAS@swlaw.com, sdugan@swlaw.com
*Attorneys for Defendants*

/s/ Kimber Foster
An Employee of ALVERSON TAYLOR & SANDERS

N:\kurt.grp\CLIENTS\26000\26006\pleading\SAO to Extend Deadline for Dismissal_Zaloga.docx

KB/26006