**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE ZALOGA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a foreign corporation; and DIAMOND RESORTS HOLDINGS, LLC, a domestic limited liability company,<br><br>Defendants. | CASE NO.: 2:18-CV-02415-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL**<br><br>[SECOND REQUEST] |

Plaintiff Julie Zaloga, by and through her counsel, Alverson Taylor & Sanders, and Defendants Diamond Resorts International Marketing, Inc. and Diamond Resorts Holdings, LLC, by and through their counsel, Snell & Wilmer L.L.P., hereby stipulate and agree to extend the deadline to file the Proposed Stipulation and Order for Dismissal that is currently due June 3, 2019.

The settlement agreement has been circulated and reviewed by the parties. However, the parties require additional time to execute the agreement and to process and release the settlement funds. As such, and to give the parties time to execute the agreement and for payment to be made, the parties have agreed to extend the deadline to file the Proposed Stipulation and Order for Dismissal an additional three weeks, until June 24, 2019. This should give the parties

adequate time to execute the agreement and for the payment of the settlement funds to be processed and completed.

The parties seek this extension in good faith.

**IT IS SO STIPULATED.**

Dated: June 3, 2019                                                  Dated: June 3, 2019

ALVERSON TAYLOR SANDERS                              SNELL & WILMER L.L.P.

By: */s/ David M. Sexton*                                              By: */s/ Paul Swenson Prior*
    Kurt R. Bonds, Esq.                                                  Paul Swenson Prior
    Nevada Bar No. 6228                                                Nevada Bar No. 9324
    David M. Sexton, Esq.                                               Hayley J. Cummings
    Nevada Bar No. 14951                                              Nevada Bar No. 14858
    6605 Grand Montecito Parkway, Suite 200                  3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89149                                                  Las Vegas, Nevada 89169
    *Attorneys for Plaintiff Julie Zaloga*                                *Attorneys for Defendants.*

**ORDER**

IT IS SO ORDERED.

Dated: June 20, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE VIA CM/ECF**

I hereby certify that on this 3rd day of June, 2019, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL** addressed to:

Paul Swenson Prior, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vega, Nevada 89169
sprior@swlaw.com
*Attorneys for Defendants*

/s/ Kimber Foster
An Employee of ALVERSON TAYLOR
& SANDERS

KB/26006